**Amal Omar HASSAN, Petitioner,**

v.

**Alberto R. GONZALES,\* Attorney General, Respondent.**

No. 03–71773.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 15, 2005.

Decided March 4, 2005.

Simon Salinas, Esq., Tustin, CA, for Petitioner.

---

\* Alberto R. Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

CAS-District Counsel, Office of the District Counsel Department of Homeland Security, San Diego, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Carol Federighi, Esq., Terri J. Scadron, Esq., Janice K. Redfern, DOJ--U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KOZINSKI and TROTT, Circuit Judges, and SAND,** Senior Judge.

## MEMORANDUM ***

Substantial evidence supports the BIA's conclusion that petitioner failed to present sufficient persuasive and credible evidence that her departure from Somalia was a result of persecution on account of a protected ground. *See Lata v. INS,* 204 F.3d 1241, 1244–45 (9th Cir.2000). Substantial evidence supports also the BIA's finding that petitioner did not establish that she was entitled to protection under the Convention Against Torture. *See Lanza v. Ashcroft,* 389 F.3d 917, 936 (9th Cir.2004).

PETITION DENIED.

** [missing text]

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.